Jason Theodore Soller (SBN 306137)
Adina Hunter (SBN 362332)
**OPEN ACCESS LAW, APC**
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028
cm@oaxlaw.com
Phone: (213) 401-4114

*Attorneys for Plaintiff, GARLAND HORTON*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**GARLAND HORTON**,

Plaintiff,

vs.

**NO HO BRICKYARD LLC; 11130 MAGNOLIA, LLC**; and DOES 1 to 10,

Defendants.

Case No.: 2:26-cv-11299-MCS (SSCx)

DECLARATION OF PLAINTIFF IN SUPPORT OF PLAINTIFF'S OSC RESPONSE RE: STANDING

DECLARATION OF PLAINTIFF

1. I am the Plaintiff in this matter, and in that capacity, am familiar with the contents herein and, if called and duly sworn, could competently testify to them.

2. I am suing Defendants because the business failed to provide a proper, accessible table. I personally visited the business in or about June of 2026, and I plan to return to the business within the next several months.

3. I reside within five miles from the business. Because I live close to the business, I frequently travel around the same area as the business for the past several years.

I declare under penalty of perjury under the laws of the United States and the laws of the State of California that the foregoing is true and correct. Executed on November 4, 2026, at Los Angeles, California.

______________________________
GARLAND HORTON